**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **MIGUEL JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:14-CV-376 (MTT)** |
| | ) | |
| **Warden CARL HUMPHREY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Before the Court is United States Magistrate Judge Charles H. Weigle's Recommendation (Doc. 8) to deny the Plaintiff's motion for preliminary injunction (Doc. 3).  The Plaintiff did not object to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the Order of this Court.  Accordingly, the Plaintiff's motion for preliminary injunction (Doc. 3) is **DENIED**.

**SO ORDERED**, this 12th day of January, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT