IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MIGUEL JACKSON,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-376 (MTT) |
| Warden **CARL HUMPHREY**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting the Defendants' motion to dismiss (Doc. 28) and dismissing the Plaintiff's complaint because the Plaintiff's claims arising before October 16, 2012, are time-barred and because he failed to exhaust his administrative remedies as to those claims arising after October 16, 2012. (Doc. 34). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Defendants' motion to dismiss is **GRANTED**, and the Plaintiff's complaint is **DISMISSED**.

**SO ORDERED**, this 24th day of November, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT